[Dogmrrvd] [District Order Granting Motion for Reconsideration of Order Dismissing Case and Reinstating Case]

ORDERED.

Dated: August 5, 2022

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Jose David Perez

_____Debtor*_____/

Case No.
6:22–bk–01850–LVV
Chapter 13

### ORDER GRANTING MOTION TO REINSTATE CASE, VACATING ORDER DISMISSING CASE AND RESCHEDULING 341 MEETING AND INITIAL CONFIRMATION HEARING AND EXTENDING DEADLINES

THIS CASE came on for consideration without a hearing of the Motion For Reconsideration of Order Dismissing Case, Reinstating Case (the "Motion") filed by Debtor (Document No. 18 ). The Court has considered the Motion and finds that it is well taken and should be granted. Accordingly, it is

**ORDERED:**

1. The Motion is hereby granted.

2. The Order Dismissing Case is vacated, and the case is reinstated.

3. The Debtor is directed to attend a rescheduled meeting of creditors which will be held telephonically on September 1, 2022 at 10:14 AM. Trustee Laurie K Weatherford. Call in number: 877–506–8680. Passcode: 3867774.

4. Pursuant to Fed. R. Bankr. P. 4004(b) and 4007(c) and Local Rules 4004–2(a) and 4007–1(a), the Court extends the deadline for filing complaints to determine the dischargeability of a debt under 11 U.S.C. § 523 and complaints or motions objecting to the debtor's discharge under 11 U.S.C. § 727 or 11 U.S.C. § 1328(f) through October 31, 2022.

5. The deadline for creditors to file a proof of claim is extended through August 22, 2022.

5. The Initial Confirmation Hearing will be held on September 27, 2022 at 09:15 AM in Courtroom 6C, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801.

5. The Debtor shall pay, to the Clerk, U.S. Bankruptcy Court, by cashier's check or money order, for the balance of the filing fee as required by 28 U.S.C. § 1930, unpaid filing fees in the amount of $ 242.00.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.