FILED
Date: 09/08/2022@9:54pm via: email
Clerk, U.S. Bankruptcy
Orlando Division

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  
JOSE DAVID PEREZ

Case# 6:22-bk-01850

Chapter 13

## Urgent Motion Requesting to Vacate Order to dismiss

**Your Honor,** I respectfully inform and request from this court the following:

1. On August 9, 2022, a duplicate Motion to Dismiss for Failure to Maintain Timely Plan Payments was filed two time the same day. **(Doc# 28 and #29)**

2. On August 10, 2022, the Chapter 13 Trustee Laurie K Weatherford filed a Notice of Withdrawal of Motion to Dismiss for Failure to maintain Timely Plan Payments. **(Doc #30)**

3. On September 1,2022 the 341 meting was completed via Phone.

4. The confirmation hearing has been set for September 24, 2022.

5. The payment plan is deducted automatically by the trustee office every week.

6. On September 8, 2022, this court order the dismissal of my Chapter 13 Case for the duplicate motions filed on August 9, 2022, without taking knowledge of the filing of the Notice of Withdrawal of the duplicate motions mentioned on paragraph #1(Doc# 30)

**Therefore,** I request to this court to take knowledge of all information provided on this motion and **Grant** my petition to Vacate the Order of dismissal of my Chapter 13 case entered on September 8, 2022, and give me the opportunity to complete the process of petition of Chapter 13 payment plan

### Certificate of Service

A copy of this documents has been sent via mail to all debtor and parties with interest on this case today 09/09/2022

*[signature]*  
Jose David Perez

7

UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Orlando Division

IN RE:                                                          Case No:      6:22-bk-01850-LVV

JOSE DAVID PEREZ

                              Debtor   /       Chapter 13

## Motion to Dismiss for Failure to Maintain Timely Plan Payments
Total Due $18,399.00

---

**Notice of Opportunity to Object and Request for Hearing**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 400 W. Washington Street, Suite 5100, Orlando, Florida 32801 and serve a copy of the same on the Chapter 13 Trustee, Laurie K. Weatherford, Post Office Box 3450, Winter Park, Florida 32790 (and any other appropriate persons) within the time frame allowed within 21days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

COMES NOW Laurie K. Weatherford, Chapter 13 Standing Bankruptcy Trustee for the Middle District of Florida, Orlando Division, and shows:

1. The Debtor filed this Chapter 13 case on 05/25/2022.
2. Pursuant to 11 USC 1322 (a)(1) the Debtor was to file a plan which among other things provides for the submission of all or such portion of future earnings or other income of the Debtor to the supervision and control of the Trustee as is necessary for the execution of the plan.
3. The Debtor has failed to submit the supervision and control of the Trustee funds necessary for a

*Exhibit A* (handwritten)

plan to be successful in this case.

4. That review of the Debtor's Report of Receipts and of the Debtor's individual payments for this case reflects the Debtor is delinquent in payments under the Chapter 13 Plan in the amount of $12,266.00 through August 9, 2022 and will be delinquent an additional payment of $6,133.00 which will come due on August 25, 2022 for a delinquency in the sum of $18,399.00. Said total sum includes the next plan payment due under the Chapter 13 Plan which will become due and payable within the time frame allowed by the court for the Debtor to become current in the plan payments. A copy of the Plan Payment Schedule and Trustee's Report of Receipts is attached hereto as **Exhibit "A"**.

WHEREFORE, the Trustee moves this honorable Court for an order dismissing this case unless the Debtor pay(s) the entire arrearage as listed above the Chapter 13 Trustee on or before **August 30, 2022** by mailing said sum to the payment address at **Post Office Box 1103, Memphis, TN 38101-1103**, and granting such relief as the court may deem appropriate.

### Certificate of Service

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served upon the parties listed below by first-class U.S. Mail, postage prepaid or by Electronic Notification through the Court's ECF System at the e-mail address registered with the Court, on this 9th day of August, 2022.

**Debtor** - Jose David Perez, 9834 Palmetto Dunes Ct., Orlando, FL 32832

BY: /S/ **LAURIE K. WEATHERFORD**
Chapter 13 Trustee
Stuart Ferderer
FBN 0746967
Ana DeVilliers
FBN 0123201

PO Box 3450
Winter Park, FL 32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
info@c13orl.com

## Exhibit "A"

### Plan Payment Schedule

| Period | Date (Month/Year) | Payment Due | Payment Received | Amount Due |
|---|---|---|---|---|
| 1 | 06/2022 | $6,133.00 | $0.00 | $6,133.00 |
| 2 | 07/2022 | $6,133.00 | $0.00 | $12,266.00 |
| 3 | 08/2022 | $6,133.00 | $0.00 | $18,399.00 |

### Report of Receipts

| Receipt Date | Source | Amount | Receipt Date | Source | Amount |
|---|---|---|---|---|---|

No Receipts to Date

UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Orlando Division

IN RE:                                                    Case No:    6:22-bk-01850-LVV

JOSE DAVID PEREZ

                              Debtor    /      Chapter 13

### Notice of Withdrawal of Motion to Dismiss for Failure to Maintain Timely Plan Payments

Laurie K. Weatherford, Chapter 13 Trustee, hereby withdraws the Motion to Dismiss for Failure to Maintain Timely Plan Payments filed August 09, 2022 (Document No. 29).

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served upon the parties listed below by first-class U.S. Mail, postage prepaid or by Electronic Notification through the Court's ECF System at the e-mail address registered with the Court, on this 10th day of August, 2022.

**Debtor** - Jose David Perez, 9834 Palmetto Dunes Ct., Orlando, FL 32832

/S/ LAURIE K. WEATHERFORD

Chapter 13 Trustee
Stuart Ferderer
FBN 0746967
Ana DeVilliers
FBN 0123201

PO Box 3450
Winter Park, FL 32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
info@c13orl.com

Exhibit B

ORDERED.

Dated: **September 08, 2022**

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re<br><br>JOSE DAVID PEREZ<br><br><br>_____ Debtor | Case No: 6:22-bk-01850-LVV<br>Chapter 13 |

### ORDER DISMISSING CHAPTER 13 CASE

(THIS ORDER IS EFFECTIVE ON THE 15TH DAY FOLLOWING DATE OF ENTRY)

THIS CASE came on for consideration of the Trustee's Motion to Dismiss Case for Failure to Maintain Timely Plan Payments (Document No. 28). By submission of this Order for entry, the Chapter 13 Trustee represents that Debtor failed to cure the default in payments under the Debtor's plan.

Accordingly, it is **ORDERED:**

1. The case is dismissed without prejudice effective on the 15th day following the date of entry of this Order.

2. If the automatic stay imposed by 11 U.S.C. § 362(a) or the stay of an action against a codebtor under 11 U.S.C. § 1301 is in effect at the time this Order is entered, the automatic stay shall remain in effect for 14 days from the date of this Order, notwithstanding the provisions of 11 U.S.C. § 362(c)(2) (B).

3. **The Debtor may convert this case to a case under another chapter of the**

Exhibit C

**Bankruptcy Code within 14 days of the date of this Order. If the case is not converted within 14 days, the case is dismissed effective on the 15th day after the date of entry of this Order.**

4. If the Debtor files a motion to vacate or for reconsideration of the Order Dismissing the Case within 14 days of the date of this Order, the automatic stay imposed by 11 U.S.C. § 362 and the stay of action against a codebtor under 11 U.S.C. § 1301 shall remain in full force and effect until the Court rules on the motion.

5. All pending hearings are canceled with the exception of any scheduled hearing on a motion for relief from stay that is currently scheduled for hearing within 14 days of the date of this Order or on an Order to Show Cause over which the Court hereby reserves jurisdiction.

6. Notwithstanding any other Court orders, the Trustee shall return to Debtor, or if Debtor is represented by an attorney, to Debtor in care of Debtor's attorney, any remaining funds on hand not previously disbursed and shall thereafter file the Trustee's final report. Upon the filing of the final report, the Trustee will be discharged of all duties as Trustee.

7. Debtor, the Trustee, or any party in interest may, within 14 days of the date of this Order, file a motion requesting the Court to examine the fees paid to Debtor's attorney and for the disgorgement of any portion of the fees deemed excessive. The Court shall retain jurisdiction for this purpose.

8. The Court reserves jurisdiction to determine timely filed applications for administrative expenses.

The Trustee Laurie K. Weatherford is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of the order.