**FILED**
Date: 11/1/2022      via: email
Clerk, U.S. Bankruptcy
Orlando Division

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re Jose David Perez,
Debtor.                                             Case No. 6:22-01850

Chapter 13

## OBJECTION TO CLAIM

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 30 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at [insert address] and serve a copy on the movant's attorney, [name and address], and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Debtor, Jose David Perez, object to the proof of claim filed in this case by [insert creditor name] and in states:  *all references to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

1. This case was commenced by the filing of a bankruptcy petition on May 25, 2022.

2. North Shore at Lake Hart HOA (hereinafter "Creditor") filed a purported proof of claim (Claim No. 6) in the amount of $42,235.41 for HOA fees, late fees, interest and all other fees.

3. Debtor object to Claim No. 6 because the HOA association have been denied since 2009 a payment plan to come current on my late payments and fees. Now that I been force to file a Chapter 13 re payment plan they are trying to collect interest and late fees after all this years of their denials for help to come current. I'm not denied that I own them the principal and the attorney's fees by I denied all the interest and fees added by the HOA. Whit this action the HOA It has put my family in a very

uncomfortable position since we have not been able to have peace and tranquility since month after month they threaten to take away our house and sell it in court

**WHEREFORE,** the Debtor respectfully request that the Court:

(1) Sustain the Debtor objection to the Creditor's proof of claim; (2) Disallow the claim as a legally

Unenforceable debt; and (3) Grant any other such relief as the Court determines just and proper,

Including attorneys' fees for bringing this objection.


Dated: 10/31/2022

Jose David Perez

PROOF OF SERVICE

A true and correct copy of the foregoing has been sent by U.S. Mail on 10/31/2022 to:  Chapter 13 Trustee Laurie K Weatherford to Post Office Box 3450 Winter Park, FL 32790 ; Debtors; and Creditor North Shore @ Lake Hart HOA to The Orlando Law Group 12301 lake Underhill Rd Ste 213 Orlando Fl 32828.

Dated: 10/31/2022

Jose David Perez