11/3/2022          email

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Orlando DIVISION
www.flmb.uscourts.gov

In re Jose David Perez )
                      )
                      )        Case No. 6:22-01850
                      )        Chapter 13
                      )
       Debtor.*       )
_____)

## OBJECTION TO CLAIM

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

If you object to the relief requested in this paper you must file a response with the Clerk of Court at (address) [and, if the moving party is not represented by an attorney, mail a copy to the moving party at (address)] within (number) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

Debtor(s), Jose D Perez, by and through the undersigned attorney, object to the proof of claim filed in this case by North Shore at Lake Hart HOA and states.

_____

*All references to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

Implemented 09/28/2017                                    Revised 8/14/2020

1. This case was commenced by the filing of a bankruptcy petition on May 25, 2022.

2. North Shore at Lake Hart HOA ("Creditor") filed a purported proof of claim
Claim No. 6 in the amount of $ 42,235.41 for HOA fees not paid, interest fees, late fees and maintenance fees.
3. Creditor File the Claim on August 22, 2022, 18 days after the due day to file claims on this case.

3. I Jose Davis Perez object to Claim No. 6 because Creditor file claim 18 days after due day for claims filing, The Creditor is asking for payment of interest, late and maintenance fees that are not correct.

4. The creditor has intimidated us with his collection acts, threatened to take away our home and has always had a negative and defiant attitude against us without any intention of helping us solve this problem before reaching this court.

**WHEREFORE**, the Debtor respectfully request that the Court: (1) Sustain the
Debtor objection to the Creditor's proof of claim # 6; (2) Disallow the claim as a legally
unenforceable debt: and (3) Grant any other such relief as the Court determines just and proper,
including fees for bringing this objection.

November 3, 2022
Jose David Perez
Debtor

## PROOF OF SERVICE

A true and correct copy of the foregoing has been sent by U.S. Mail on 11/02/2022 to Chapter 13 Trustee Laurie K Weatherford to PO Box 3450 Winter Park, FL 32790 and Creditors Attorneys the Orlando Law Group 12301 Lake Underhill Rd Ste 213 Orlando, Fl 32828.

November 3, 2022
Jose David Perez
Debtor

11/3/2022   email

# United States Bankruptcy Court
# Middle District of Florida
# Orlando Division

In re: Case No. 22-01850-LVV
Jose David Perez Chapter 13
Debtor

## CERTIFICATE OF NOTICE

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^ Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on November 2, 2022:

**Recipient Name and Address**

+ Advet Health Hospital, 601 E. Rollins St., Orlando, FL 32803-1248

+ Exact Sciences Labs, 145 E. Badger R, Madison, WI 53713-2723

+ First Premier Bank, 1305 W. 18th St., Sioux Falls, SD 57105-0401

+ Kissimmee Endoscopy, 715 Oak Commons Blvd., Kissimmee, FL 34741-4213

+ Nation Star Mtg, 9834 Palmetto Dunes, Orlando, FL 32832-5911

+ North Shore @ Lake Hart HOA, 9834 Palmetto Dunes, Orlando, FL 32832-5911

+ WayFair Comenity, 4 Copley Place, 7th Floor, Boston, MA 02116-6504

TOTAL: 7

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

Recip ID Notice Type: Email Address Date/Time Recipient Name and Address

+ Email/PDF: acg.acg.ebn@aisinfo.com

November 2, 2022 Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901

+ Email/PDF: acg.acg.ebn@aisinfo.com

November 2, 2022 Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901

1. This case was commenced by the filing of a bankruptcy petition on May 25, 2022.

2. North Shore at Lake Hart HOA ("Creditor") filed a purported proof of claim
Claim No. 6 in the amount of $ 42,235.41 for HOA fees not paid, interest fees, late fees and maintenance fees.
3. Creditor File the Claim on August 22, 2022, 18 days after the due day to file claims on this case.

3. I Jose Davis Perez object to Claim No. 6 because Creditor file claim 18 days after due day for claims filing, The Creditor is asking for payment of interest, late and maintenance fees that are not correct.

4. The creditor has intimidated us with his collection acts, threatened to take away our home and has always had a negative and defiant attitude against us without any intention of helping us solve this problem before reaching this court.

**WHEREFORE**, the Debtor respectfully request that the Court: (1) Sustain the
Debtor objection to the Creditor's proof of claim # 6; (2) Disallow the claim as a legally
unenforceable debt: and (3) Grant any other such relief as the Court determines just and proper,
including fees for bringing this objection.

November 3, 2022
Jose David Perez
Debtor

**PROOF OF SERVICE**

A true and correct copy of the foregoing has been sent by U.S. Mail on 11/02/2022 to Chapter 13 Trustee Laurie K Weatherford to PO Box 3450 Winter Park, FL 32790 and Creditors Attorneys the Orlando Law Group 12301 Lake Underhill Rd Ste 213 Orlando, Fl 32828.

November 3, 2022
Jose David Perez
Debtor