

**United States Bankruptcy Court**
**Middle District of Florida**
**Orlando Division**

11/3/2022      via email

In re) Jose David Perez
Debtor

Case# 6:22-01850
Chapter 13

## NOTICE OF OBJECTION TO CLAIM

**Jose David Perez** has filed an objection to your claim in this bankruptcy case.

Your claim may be reduced, modified, or eliminated. You should read these papers

carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, then you or

your lawyer must File with the court a written response to the objection, explaining your position, at:

400 W Washington St, Orlando, FL 32801

If you mail your response to the court for filing, you must mail it early enough so that the court will

receive it on or before the Court set the Confirmation hearing for this case.

You must also send a copy to:

Jose David Perez to 9834 Palmetto Dunes Ct Orlando, Fl 32832-5911

If you or your attorney do not take these steps, the court may decide that you do not oppose the

objection to your claim.

November 3, 2022
Jose David Perez
9834 Palmetto Dunes Ct
Orlando, Fl 32832-5911