[Doddos] [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

**Dated: November 3, 2022**

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Jose David Perez

       Debtor*       /

Case No.
6:22–bk–01850–LVV
Chapter 13

### ORDER OVERRULING OBJECTION TO CLAIM NO.6

THIS CASE came on for consideration, without hearing, of the Objection to Claim No. 6 filed by Debtor , Doc. # 45 . After review, the Court determines that the objection is deficient as follows:

Service upon the claimant is not indicated or the claimant was not served in the manner required by the Federal Rules of Bankruptcy Procedure or Local Rules. Fed. R. Bankr. P. 3007(a), and Local Rule 3007–1(b).

The language used in the negative notice legend does not substantially conform to the approved negative notice legend language or includes an incorrect or incomplete address, including suite number, for the Court. Local Rule 2002–4.

Accordingly it is

**ORDERED:**

The objection is overruled to allow movant to file an amended objection.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.